IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CARL COGDILL,<br><br>                 Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, *et al.*,<br><br>                 Defendants. | Case No. 1:24-cv-01422-CMH-IDD |

### NOTICE OF SETTLEMENT

Plaintiff Carl Cogdill, by counsel, notifies the Court that he has settled his claims against Defendants Credit Management, LP and MRS BPO, LLC. The Parties are working to finalize the settlement and will submit dismissal papers within thirty days, unless the Court orders an earlier submission.

                        Respectfully submitted,
                        **CARL COGDILL**

                        By: */s/ Kristi C. Kelly*
                        Kristi C. Kelly, VSB #72791
                        Andrew J. Guzzo, VSB #82170
                        Casey S. Nash, VSB #84261
                        J. Patrick McNichol, VSB #92699
                        Matthew G. Rosendahl, VSB #93738
                        KELLY GUZZO, PLC
                        3925 Chain Bridge Road, Suite 202
                        Fairfax, VA 22030
                        Telephone: (703) 424-7572
                        Facsimile: (703) 591-0167
                        Email: kkelly@kellyguzzo.com
                        Email: aguzzo@kellyguzzo.com
                        Email: casey@kellyguzzo.com
                        Email: pat@kellyguzzo.com
                        Email: matt@kellyguzzo.com
                        *Counsel for Plaintiff*